# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2021

159450 (97)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LAW OFFICES OF JEFFREY SHERBOW, PC,
      Plaintiff-Appellee,

v

    SC: 159450
    COA: 338997
    Oakland CC: 2015-147488-CB

FIEGER & FIEGER, PC, d/b/a FIEGER, FIEGER,
KENNEY & HARRINGTON, PC,
      Defendant-Appellant.

_____/

     On order of the Court, the motion for rehearing of the Court's June 9, 2021 opinion is considered, and it is DENIED.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021



Clerk

t0714